IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLE LYNN LANG,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | 4:20-CV-3119<br><br>ORDER TO SHOW CAUSE |

  The plaintiff filed this Social Security appeal on October 8, 2020. Filing 1. After four extensions of time occasioned largely by the effects of the COVID-19 pandemic; *see, e.g.,* filing 14-1, the defendant answered on May 6, 2021 and filed the administrative record, *see* filing 17.

  Pursuant to the Court's briefing schedule, the plaintiff's motion for an order reversing the Commissioner's decision was due on June 7, 2021. Filing 4; *see* Fed. R. Civ. P. 6(a)(1)(C). Nothing was filed, but on June 24 the plaintiff belatedly filed a motion to extend the deadline. Filing 22. The Court granted that motion and extended the deadline to July 22. Filing 23. Nothing was filed, but on July 27 the plaintiff again belatedly sought to extend the deadline. Filing 26. The Court granted that motion and extended the deadline to August 26. Filing 27.

  Here we are again: it's now September, and nothing has been filed. Accordingly,

  IT IS ORDERED that on or before September 17, 2021, the plaintiff shall either file her motion for an order reversing the

- 2 -

Commissioner's decision or show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute this action and comply with the Court's orders.

Dated this 3rd day of September, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge