IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLE LYNN LANG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | 4:20-CV-3119<br><br><br>ORDER |

IT IS ORDERED:

1. The defendant's unopposed motion to remand (filing 32) is granted.

2. This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The plaintiff's motion for an order reversing the Commissioner's decision (filing 29) is denied as moot.

4. A separate judgment will be entered.

Dated this 2nd day of November, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge